**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6313

MARK BRIAN FOSTER, JR.,

        Plaintiff - Appellant,

v.

WARREN ALEXANDER; BRYANT POOLE,

        Defendants - Appellees,

  and

CORRECTIONAL OFFICERS, Eastern Correctional,

        Defendant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:22-ct-03003-BO)

Submitted:  August 22, 2024        Decided:  August 27, 2024

Before WILKINSON, WYNN, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mark Brian Foster, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Brian Foster, Jr., appeals the district court's order granting summary judgment in favor of Defendants on his 42 U.S.C. § 1983 excessive force claim. We have reviewed the record and find no reversible error. Accordingly, we deny Foster's pending motions, and we affirm the district court's order. *Foster v. Alexander*, No. 5:22-ct-03003-BO (E.D.N.C. Mar. 18, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*